# United States District Court
# For The Western District of North Carolina
# Asheville Division

David Harold Carr,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            1:07cv180

Lieutenant J.R. Head, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/1/2008 Order.

                                                     s/Frank G. Johns
                                                     FRANK G. JOHNS, CLERK

February 1, 2008